# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1759

_____

| | | |
|---|---|---|
| Anthony C. Kenney, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Harbor Distributing Company; Nick | * | Eastern District of Arkansas. |
| Pierce, Director, | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: August 30, 2001

Filed: September 5, 2001

_____

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Anthony Kenney appeals the district court's[1] dismissal of one defendant, and its grant of summary judgment to the other defendant, in his race discrimination lawsuit. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that the district court's rulings were correct. See Ring v. First Interstate

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

Mortgage, Inc., 984 F.2d 924, 926 (8th Cir. 1993) (standard of review for Fed. R. Civ. P. 12(b)(6) dismissal); Lynn v. Deaconess Med. Center-W. Campus, 160 F.3d 484, 486 (8th Cir. 1998) (standard of review for grant of summary judgment).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.